UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

| | |
|---|---|
| THE CITY OF NEW YORK AND THE STATE OF CALIFORNIA,<br><br>                      Plaintiffs,<br><br>-against-<br><br>UNITED STATES POSTAL SERVICE AND MEGAN BRENNAN, *in her official capacity as Postmaster General,*<br><br>                      Defendants. | **NOTICE OF MOTION TO CORRECT AND SUPPLEMENT**<br><br><br><br>Civil Action No. 1:19-cv-05934 |

-------------------------------------------------------X

PLEASE TAKE NOTICE that Lesya Nikole Kinnamon was incorrectly added as a counsel of record for plaintiff, The City of New York, in the above captioned action. She hereby asks this Court to correct the record and reflect Lesya Nikole Kinnamon, Deputy Attorney General, as a counsel of record for plaintiff, The State of California, in this case. The undersigned requests that her name be added to the mailing list maintained by the Clerk in the within case and that all notices given or required to be given be served upon her at the office, e-mail address and telephone number set forth below.

Dated: Sacramento, California
       November 15, 2019

                                      LESYA N. KINNAMON
                                      Deputy Attorney General
                                      California Department of Justice
                                      1300 I Street, Suite 125
                                      Sacramento, CA 95814
                                      Lesya.Kinnamon@doj.ca.gov
                                      (916) 210-6093

                                      By: _____s/_____
                                             Lesya N. Kinnamon