UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
THE CITY OF NEW YORK AND
THE STATE OF CALIFORNIA,   NOTICE OF MOTION TO
                           CORRECT AND SUPPLEMENT

                    Plaintiffs,

-against-

UNITED STATES POSTAL SERVICE   Civil Action No. 1:19-cv-05934
AND MEGAN BRENNAN, *in her*
*official capacity as Postmaster General,*

                    Defendants.
-------------------------------------------------------X

PLEASE TAKE NOTICE that an incorrect person, Laura Jean Kaplan, was added as a counsel of record for plaintiff, The State of California, in the above captioned action in error. The undersigned requests that the record be correct to remove Laura Jean Kaplan as a counsel in this case.

Laura Will Kaplan, Deputy Attorney General, hereby appears as a counsel of record for plaintiff, The State of California, in the above captioned action. The undersigned requests that her name be added to the mailing list maintained by the Clerk in the within case and that all notices given or required to be given be served upon her at the office, e-mail address and telephone number set forth below.

Dated: Sacramento, California     LAURA W. KAPLAN
       November 18, 2019            Deputy Attorney General
                                               California Department of Justice
                                               1300 I Street, Suite 125
                                               Sacramento, CA 95814
                                               Laura.Kaplan@doj.ca.gov
                                               (916) 208-1745

                                               By:         s/_____
                                                          Laura W. Kaplan