

JAMES E. JOHNSON
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

HOPE Y. LU
*Assistant Corporation Counsel*
Phone: (212) 356-2294
Fax: (212) 356-2038
hlu@law.nyc.gov

February 14, 2020

**By ECF and U.S. Mail (w/ enclosures)**

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11021

      Re:   *The City of New York, et al. v. United States Postal Service, et al.*, <u>Case No. 1:19-cv-5934 (Cogan, J.)</u>

Dear Judge Cogan:

      Enclosed please find Your Honor's hard courtesy copies of the Memorandum of Law of Plaintiffs the City of New York, the States of California, Connecticut, and Illinois, and the Commonwealth of Pennsylvania in Opposition to Defendants' Motion to Dismiss, mailed contemporaneously with filing on ECF today.

      Respectfully submitted,

      By:   */s/ Hope Y. Lu*_____
              Hope Y. Lu
              Assistant Corporation Counsel

cc:    All Counsel of Record (by ECF) (w/ enclosures)