

U.S. Department of Justice

United States Attorney
Eastern District of New York

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 26, 2021

<u>By ECF</u>

Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: *The City of New York et al. v. United States Postal Service et al.*
       <u>No. 19-cv-5934 (BMC)</u>

Dear Judge Cogan:

  This Office represents the United States Postal Service and Louis DeJoy, in his official capacity as Postmaster General (collectively, "Postal Service" or "Defendants"), in the above-referenced action.  This Office respectfully requests an eight-day extension of time from March 2, 2021 to March 10, 2021 for the Defendants to answer the Amended Complaint (Dkt. No. 18).  To prepare Defendants' answer, this Office needs the additional time to review with multiple stakeholders the factual assertions set forth in the 57-page, 190-paragraph Amended Complaint, and to review documents and information from the Postal Service.  This is the Defendants' first request for an extension of time to respond to the Amended Complaint, and Plaintiffs consent to this request.

  Accordingly, this Office respectfully requests an extension of time until March 10, 2021 to answer the Amended Complaint.  Thank you for Your Honor's consideration of this request.

              Respectfully submitted,

              SETH D. DuCHARME
              Acting United States Attorney

      By:    /s/
          Rachel G. Balaban
          James R. Cho
          Ekta R. Dharia
          Assistant U.S. Attorneys
          (718) 254-7000
          rachel.balaban@usdoj.gov
          james.cho@usdoj.gov
          ekta.dharia@usdoj.gov

cc:  All Counsel of Record (by ECF)