

| | | |
|---|---|---|
| **JAMES E. JOHNSON**<br>*Corporation Counsel* | **THE CITY OF NEW YORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **Hope Y. Lu**<br>Phone: 212-356-2294<br>E-mail: hlu@law.nyc.gov |

**VIA ECF**                                                                                     May 21, 2021

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 1102

      Re:    *City of New York and State of California, et al. v. United States Postal Service, et al.*, Case No. 1:19-cv-5934

Dear Judge Cogan:

    We write to respectfully request that the Court enter the enclosed Stipulated Protective Order and Clawback Agreement signed by all parties that have appeared in this action.

                                                          Respectfully submitted,

                                                          /s/
                                                       Hope Y. Lu
                                                       Eric Proshansky
                                                       Assistant Corporation Counsels

cc: Counsel to All Parties (via ECF)