

**GEORGIA M. PESTANA**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Hope Y. Lu**
*Assistant Corporation Counsel*
Phone: (212) 356-2294
Fax: (212) 356-2038
hlu@law.nyc.gov

July 23, 2021

**By ECF**

United States Magistrate Judge Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11021

> **Re:** *The City of New York, the State of California, et al. v. United States Postal Service and Louis DeJoy, in his official capacity as Postmaster General*, Case No. 1:19-cv-5934

Dear Judge Scanlon:

     We write on behalf of the parties, Plaintiffs the City of New York, the State of California, the State of Connecticut, the State of Illinois, and the Commonwealth of Pennsylvania as well as Defendants United States Postal Service and Postmaster General Louis DeJoy, to jointly request a settlement conference with the Court in the above-captioned action. Pursuant to Your Honor's Individual Practice Rules, the parties propose the following dates and times for a settlement conference: August 23 (11am-3pm), August 26 (10:30am-2pm), August 27 (any time), August 31 (11am-2pm, 3-5pm), and September 1 (10am-1pm, 2-4pm).

     Thank you for Your Honor's attention to this matter.

Respectfully submitted,

By:  /s/
Eric Proshansky, Deputy Chief
Hope Lu, Senior Counsel
Affirmative Litigation Division

cc: Counsel to All Parties (via ECF)