

**GEORGIA M. PESTANA**
*Corporation Counsel*

**T**HE **C**ITY OF **N**EW **Y**ORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Hope Y. Lu**
*Assistant Corporation Counsel*
Phone: (212) 356-2294
Fax: (212) 356-2038
hlu@law.nyc.gov

September 16, 2021

**By ECF**

United States Magistrate Judge Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11021

> **Re:** *The City of New York, the State of California, et al. v. United States Postal Service and Louis DeJoy, in his official capacity as Postmaster General*, **Case No. 1:19-cv-5934**

Dear Judge Scanlon:

We write on behalf of the parties, Plaintiffs the City of New York, the State of California, the State of Connecticut, the State of Illinois, and the Commonwealth of Pennsylvania, and Defendants United States Postal Service and Postmaster General Louis DeJoy, to inform the Court that the parties are available during the afternoon on September 30, 2021, for a settlement conference in the above-captioned action.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

By:    /s/
Eric Proshansky
Hope Lu
Assistant Corporation Counsels

cc: Counsel to All Parties (via ECF)