# EXHIBIT A

# Prevent Cigarette Trafficking
## (PACT) Act of 2009

According to the International Mail Manual (IMM), all cigarettes and smokeless tobacco products are prohibited in both inbound and outbound international mail. This prohibition applies regardless of the IMM's individual country listings.

Identify and set aside packages containing cigarettes if you know or have reasonable cause to believe that an international package contains cigarettes or any form of smokeless tobacco.

*General Characteristics of Inbound Packages of Cigarettes*

- ☑ Approximately dimensions: 12" length x 6" width x 4" height
- ☑ Content description: cigarettes, gift



Stage packages in designated container for RTS processing to origin post.

July 2016

USPS_002042