

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL

Josh Shapiro
ATTORNEY GENERAL

TOBACCO ENFORCEMENT SECTION
15TH FLOOR STRAWBERRY SQUARE
HARRISBURG, PA 17120
(717) 783-1794

February 23, 2022

*Via Electronic Case Filing*

Hon. Vera Scanlon
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Re: *City of New York, State of California, State of Illinois, State of Connecticut, and Commonwealth of Pennsylvania v. United States Postal Service and Louis DeJoy, in his official capacity as Postmaster General*, No. 19-CV-5934 (E.D. NY) – **Plaintiffs' Request for Continuance of 2/25/2022 Settlement Conference**

Dear Judge Scanlon:

I write on behalf of Plaintiffs in the above-captioned matter with a status report on the parties' progress in settlement discussions.  On January 27, 2022, Plaintiffs requested, and your Honor kindly agreed, to a 30-day adjournment of the January 28 scheduled settlement conference, which was rescheduled to this Friday, February 25, 2022.

Since the January 27th adjournment, there have been limited settlement discussions between NYC and USPS counsel, but we have not been able to address in any detail most of the issues raised in the comments to both the MOU and the term sheet.  This is in large measure because of the demands of discovery and litigation.  Consequently, the parties have not made sufficient progress for the settlement conference to proceed as scheduled on Friday and Plaintiffs would propose to use the time to discuss how to move forward with USPS counsel.  Mindful of the Court's time, Plaintiffs request a 14-day adjournment of the settlement conference to permit the parties to evaluate whether further settlement discussions will be productive.  Defendants do not object to this request.  We are determining the parties' availabilities and will be in touch in the near future regarding rescheduling.

Hon. Vera Scanlon
February 23, 2022
Page 2

Thank you for your attention to this matter.

Very Truly Yours,

Edmund "Tad" Berger
Chief Deputy Attorney General
PA Office of Attorney General

For: Plaintiffs

cc: All parties of record (via ECF)