

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

Hope Y. Lu
Phone: 212-356-2294
E-mail: hlu@law.nyc.gov

April 1, 2022

**By ECF**

United States Magistrate Judge Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11021

      Re: *The City of New York, the State of California, et al. v. United States Postal Service and Louis DeJoy, in his official capacity as Postmaster General*, <u>Case No. 1:19-cv-5934</u>

Dear Judge Scanlon:

      We write on behalf of Plaintiffs the City of New York, the State of California, the State of Connecticut, the State of Illinois, and the Commonwealth of Pennsylvania to inform the Court that Plaintiffs have decided to discontinue settlement discussions with the Postal Service for the present. Plaintiffs respectfully request to cancel the settlement conference set for April 5, 2022.

      We are very appreciative of the Court's vigorous efforts at mediating an agreement and regret that we are unable to reach a resolution.

      Thank you for Your Honor's attention to this matter.

                                     Respectfully submitted,

                           By:      /s/
                                  Eric Proshansky
                                  Hope Y. Lu
                                  Assistant Corporation Counsels

cc:     Counsel to All Parties (via ECF)